1014

No. 648, Misc. BALDWIN *v.* UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 705, Misc. ELBEL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Morris A. Shenker* and *Murry L. Randall* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 717, Misc. OLIVER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 730, Misc. SUTTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 748, Misc. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 766, Misc. HAMILTON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. *Robert B. Sales* for petitioner. *Robert Matthews,* Attorney General of Kentucky, and *Joseph H. Eckert,* Assistant Attorney General, for respondent.

No. 795, Misc. WARD *v.* WILLINGHAM, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.